UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MED GRAIN TRADE LTD.

                              Plaintiff,        08 CV

-v-

                                              **STATEMENT PURSUANT**
                                              **TO F.R.C.P 7.1**

TRANS OIL INTERNATIONAL, S.A., and
TRANS OIL LTD.

                              Defendants.
------------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, MED GRAIN TRADE LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
         August 13, 2008

                                            CHALOS & CO, P.C.
                                            Attorneys for Plaintiff
                                            MED GRAIN TRADE LTD.

                  By:     _____
                                            George M. Chalos (GC-8693)
                                            123 South Street
                                            Oyster Bay, New York 11771
                                            Tel: (516) 714-4300
                                            Fax: (866) 702-4577
                                            Email: gmc@chaloslaw.com